INSURANCE COMPANY OF NORTH AMERICA, APPELLANT, *v.* MAYFIELD, ADMR., ET AL., APPELLEES.*

[Cite as Ins. Co. of N. America *v.* Mayfield (1987),
31 Ohio St. 3d 160.]

(No. 86-1531—Decided July 1, 1987.)

*Knepper, White, Arter & Hadden, Douglas M. Bricker* and *Judith E. Trail,* for appellant.
*Anthony J. Celebrezze, Jr.,* attorney general, and *Michael L. Squillace,* for appellees.
*Gallon, Kalniz & Iorio Co., L.P.A., James A. Whittaker* and *William E. Takacs,* urging affirmance for *amicus curiae,* Teamsters Union Local 20.

The judgment in this cause, having been certified by the court of appeals in case No. 85AP-546 as being in conflict with *Holben* v. *Interstate Motor Freight System* (Oct. 18, 1985), Lucas App. Nos. L-85-036, L-85-037 and L-85-053, unreported, is hereby reversed on authority of *Holben* v. *Interstate Motor Freight System* (1987), 31 Ohio St. 3d 152, 31 OBR 318, 509 N.E. 2d 938, and the cause is remanded to the trial court.

---

* Case No. 86-1212 involves the same parties and issue and is governed by the result in this case.

MOYER, C.J., SWEENEY, HOLMES, WRIGHT and H. BROWN, JJ., concur.

LOCHER and DOUGLAS, JJ., dissent.

LOCHER, J., dissenting. I respectfully dissent for the reasons expressed in my dissent in *Holben* v. *Interstate Motor Freight System* (1987), 31 Ohio St. 3d 152, 31 OBR 318, 509 N.E. 2d 938.

DOUGLAS, J., concurs in the foregoing dissenting opinion.